1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ELVIN L. HUDSPETH,              )   NO. CV 10-05963 AG (SS)
                                     )
12                   Petitioner,     )
                                     )   **ORDER ADOPTING FINDINGS,**
13            v.                     )
                                     )   **CONCLUSIONS AND RECOMMENDATIONS**
14   A. HEDGPETH, Warden,            )
                                     )   **OF UNITED STATES MAGISTRATE JUDGE**
15                   Respondent.     )
     _____)

16

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all of the records and files herein, and the Magistrate Judge's Report

20   and Recommendation.  The time for filing Objections to the Report and

21   Recommendation has passed and Objections have been received and fully

22   reviewed. Accordingly, the Court accepts and adopts the findings,

23   conclusions and recommendations of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 27, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

2