**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ELVIN L. HUDSPETH, | ) | NO. CV 10-05963 AG (SS) |
|           Petitioner, | ) | |
|     v. | ) | **JUDGMENT** |
| A. HEDGPETH, Warden, | ) | |
|           Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  December 27, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE